# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>59 FOREST ROAD, UNIT C, WILTON, NH 03086 | )<br>)<br>)  Case No. 24-mj- 307-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | - Mail Fraud |
| 18 U.S.C. § 1343 | - Fraud by Wire, Radio, or Television |
| 18 U.S.C. § 1349 | - Attempt and conspiracy |
| 18 U.S.C. § 1956 | - Laundering of Monetary Instruments |
| 18 U.S.C. § 1957 | - Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity |

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Bradley Nims
*Applicant's signature*

Special Agent Bradley Nims, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephonic Means *(specify reliable electronic means)*.

Date: **Nov 15, 2024**

*Judge's signature*

City and state: Concord, NH   Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*